# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| JAMES E.BRAGG POST NO. 4852 VETERANS OF FOREIGN WARS OF THE UNITED STATES<br><br>v.<br><br>NOVA CASUALTY COMPANY, ET AL. | § § § § § § § Civil Action No. 4:17-CV-230<br>(Judge Mazzant/Judge Nowak) |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 12, 2017, the report of the Magistrate Judge (Dkt. #25) was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Remand (Dkt. #13) be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Remand (Dkt. #13) is **DENIED**.

**IT IS SO ORDERED**.
**SIGNED** this 21st day of July, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE